UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILLIP COLEMAN,

    Petitioner,

v.

    Case No. 1:08-cv-391

    HONORABLE PAUL L. MALONEY

KENNETH McKEE,

    Respondent,
_____/

## JUDGMENT

Having issued an order adopting a report and recommendation and denying the petition for writ of habeas corpus, pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of respondent and against the petitioner.

Date:  August 1, 2011
    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District